# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DR. ABDELHALEEM ASHQAR, | ) | CASE NO. 4:18CV1141 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER J. LaROSE, et al., | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Respondents. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Magistrate Judge James R. Knepp's Report and Recommendation (Doc. 35) to Grant Respondents' Motion to Dismiss Improper Respondents. (Doc. 9). Objections to the Report and Recommendation were due by March 18, 2019. Petitioner did not object to the Motion to Dismiss, nor has he filed an objection to the Report and Recommendation.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b)(2). Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **GRANTS** Respondents' Motion to Dismiss Improper Defendants. Pursuant to Federal Rule of Procedure 21, the Court dismisses Respondents Christopher J. LaRose, Michael V. Bernacke, Thomas Homan, and Kirstjen M. Nielsen from the case.

**IT IS SO ORDERED.**

    **s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: March 22, 2019**